

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

VAZ

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 10, 2022

<u>By E-mail</u>

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>United States v. Thomas Welnicki</u>
             <u>Magistrate Docket No. 22-12</u>

Dear Judge Scanlon:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                         Respectfully submitted,

                         BREON PEACE
                         United States Attorney

          By:    <u>/s/ Victor Zapana</u>
                Victor Zapana
                Assistant U.S. Attorney
                (718) 254-7180

Enclosure

cc:    Clerk of Court (by ECF)

VAZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

THOMAS WELNICKI,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

No. 22-MJ-12

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Victor Zapana, for an order unsealing the above-captioned matter in its entirety.

       WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
          January 10, 2022

*Vera M. Scanlon*
HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK