

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PTH:NCG     *271 Cadman Plaza East*
F. #2022R00039     *Brooklyn, New York 11201*

February 15, 2022

<u>By Email and ECF</u>

Deirdre D. von Dornum
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

   Re: United States v. Thomas Welnicki
     <u>No. 22-MJ-12 (LB)</u>

Dear Ms. von Dornum:

  As discussed, enclosed please find audio recordings, bearing Bates numbers TW000001-TW000008.

         Very truly yours,

         BREON PEACE
         United States Attorney

     By: /s/ Nina C. Gupta
       Nina C. Gupta
       Assistant U.S. Attorney
       (718) 254-6257

Enclosures

cc: Clerk of the Court (LB) (by ECF) (without enclosures)